# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA  73102

Date:  August 10, 2026

EDGAR E. MARTINEZ-BORJAS,            )
                                     )
            Petitioner,              )
                                     )
-vs-                                 )        Case No. CIV-26-1124-SLP
                                     )
MARKWAYNE MULLIN, et al.,            )
                                     )
            Respondents.             )

ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 14] to three (3) business days after the objection is filed.  *See* Fed. R. Civ. P. 72(b)(2).

By direction of Chief Judge Scott L. Palk, we have entered the above enter order.

                                        Joan Kane, Clerk of Court


                                        By:_____s/ Lori Gray_____
                                                   Deputy Clerk